AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| United States of America<br>v.<br>Elizabeth Rose<br>c/o Dan Huddleston<br>Office of the Federal Defender<br>300 South Fourth Street, Ste 107<br>Minneapolis, MN 55415<br>*Defendant* | )<br>)<br>)  Case No. 26-mj-104 (EMB)<br>)<br>)<br>) |

**RECEIVED**
FEB 11 2026
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☑ Information    ☐ Superseding Information    ☐ Complaint
☐ Pretrial Violation Petition    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition
☐ Violation Notice    ☐ Order of Court

| Place: Warren E. Burger Federal Building and U.S. Courthouse<br>316 North Robert Street<br>St. Paul, MN 55101 | Courtroom No.: 3C<br>Before: Judge Elsa M. Bullard<br>Date and Time: March 19, 2026 at 12:00pm |
|---|---|

This offense is briefly described as follows:

Count 1 - Assaulting, Resisting, or Impeding Certain Officers or Employees, 18:111(a)(1).

Date: 02/06/2026

*signature: M. Fogarty*
*Issuing officer's signature*

Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: 2-9-2026

*Server's signature*

J. Levy  DUSM
*Printed name and title*

SCANNED
FEB 11 2026
U.S. DISTRICT COURT ST. PAUL

CASE 0:26-mj-00104-NEB-EMB   Doc. 16   Filed 02/11/26   Page 2 of 2
CASE 0:26-mj-00104-EMB   Doc. 15   Filed 02/06/26   Page 2 of 2
AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No. 26-mj-104 (EMB)

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: Elizabeth Rose

Last known residence: _____

Usual place of abode *(if different from residence address):* _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)* 2-6-2026.

☐ I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☒ I delivered a copy of the summons to *(name of individual)* Sandy Sein, Para legal, FDO. who is authorized to receive service of process on behalf of *(name of organization)* Elizabeth Rose on *(date)* 2-9-2026 and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: 2-9-2026

Server's signature

J. Lewey  DUSM
Printed name and title

Remarks: