**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 26-MJ-104 (NEB/EMB) |
| Plaintiff, | |
| v. | ORDER ON REPORT AND RECOMMENDATION |
| ELIZABETH ROSE, | |
| Defendant. | |

Before the Court is the Government's Motion to Dismiss.  (ECF No. 19).  Magistrate Judge Elsa M. Bullard issued a Report and Recommendation recommending this Court grant the motion. (ECF No. 24).  No objections to the Report and Recommendations were filed. ( ECF No. 25.)

Based on the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1.     The Government's Motion to Dismiss (ECF. No. 19) is GRANTED; and

2.     The misdemeanor information (ECF No. 12) is DISMISSED without prejudice.

Dated: March 20, 2026                    BY THE COURT:

                                        s/Nancy E. Brasel
                                        Nancy E. Brasel
                                        United States District Judge